IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACI RIBEIRO, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>SEDGWICK, LLP,<br><br>    Defendant.<br>                                           / | No. C 16-04507 WHA<br><br>**ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEY JAMES BRYAN WOOD** |

The *pro hac vice* application of Attorney James Bryan Wood (Dkt. No. 5) is **DENIED** for failing to comply with Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States *Court* or of *the highest court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership — such as "the bar of Illinois" — is inadequate under the local rule because it fails to identify a specific court. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

    **IT IS SO ORDERED.**

Dated: August 16, 2016.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE