SHARON R. VINICK (State Bar No. 129914)
LEVY VINICK BURRELL HYAMS LLP
180 Grand Avenue, Suite 1300
Oakland, California 94612
Direct:  510-318-7702
Main:  510-318-7700
Fax:  510-318-7701
sharon@levyvinick.com

J. BRYAN WOOD (Bar No. IL6270845)
THE WOOD LAW OFFICE, LLC
303 W. Madison St., Suite 2650
Chicago, Illinois 60606
Main:  (312) 554-8600
Fax:  (312)-577-0749
Admitted to Practice Pro Hac Vice
bryan@jbryanwoodlaw.com

Attorneys for Plaintiff Traci Ribeiro, etc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRACI RIBEIRO, on behalf of herself and all others similarly situated,<br><br>PLAINTIFF,<br>v.<br><br>SEDGWICK LLP,<br><br>DEFENDANT. | Case No. 3:16-cv-04507-WHA<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE AND TO EXTEND TIME**<br><br>Date:  September 29, 2016<br>Time:  08:00 a.m.<br>Courtroom:  8, 19th Floor<br>Judge:  The Hon. William Alsup<br><br>Trial Date:  N/A<br>Action Filed:  07/26/16 |

  WHEREAS the Court has set a hearing on defendant Sedgwick LLP's ("Defendant") Motion for an Order Compelling Arbitration and Staying Civil Action Pending Arbitration for September 29, 2915, 8:00 a.m., in Courtroom 8, 19th Floor of this Court;

1

1    WHEREAS both parties have agreed to continue the hearing date to Thursday,
2    October 13, 2016 at 8:00 a.m., and to continue Plaintiff's opposition date to Tuesday,
3    September 20, 2016 and to continue Defendant's reply due date to Tuesday, September 27, 2016.
4    IT IS HEREBY STIPULATED as follows:
5    That subject to the approval of the Court, the parties agree to continue the motion hearing
6    date to October 13, 2016 at 8:00 a.m., plaintiff's opposition due date to September 20, 2016, and
7    Defendant's reply due date September 27, 2016, respectively.

**ORDER**

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: August 31, 2016.

_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE