IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACI RIBEIRO, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SEDGWICK, LLP,<br><br>　　　　Defendant.<br>_____/ | No. C 16-04507 WHA<br><br>**ORDER RE SEALING MOTIONS** |

　　　Defendant seeks to file under seal materials submitted in connection with its motion to compel arbitration (Dkt. Nos. 10, 19). Plaintiff also sought to file similar materials under seal, but untimely withdrew her motion. The materials sought to be sealed generally pertain to the details of defendant's partnership agreement, which defendant requires its partners to keep confidential. The sealing motions are **DENIED** as to the text of the two versions of the arbitration provision and any discussion thereof, which are central to the instant motion to compel arbitration and for which no good cause warrants sealing. The motions are otherwise **GRANTED**.

　　　This is without prejudice to whether the same materials could be filed under seal at a later proceeding.

　　　**IT IS SO ORDERED.**

Dated: November 7, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE