IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TRACI RIBEIRO, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>SEDGWICK, LLP,<br><br>    Defendant. | No. C 16-04507 WHA<br><br>**ORDER SETTING SCHEDULE FOR STATUS REPORT** |

An order granted defendant's motion to compel arbitration and stayed the action. The parties shall file a joint status report by the earlier of: (1) **FEBRUARY 2, 2017** or (2) **SEVEN CALENDAR DAYS** following a determination by the arbitrator as to the arbitrability of this dispute.

**IT IS SO ORDERED.**

Dated: November 7, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE