IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRACI RIBEIRO,

    Plaintiff,

  v.

SEDGWICK LLP,

    Defendant.

No. C 16-04507 WHA

**ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEY DAVID W. SANFORD**

The *pro hac vice* application of Attorney David W. Sanford (Dkt. No. 36) is **DENIED** for failing to comply with Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States *Court* or of *the highest court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership — such as "the bar of the District of Columbia" — is inadequate under the local rule because it fails to identify a specific court. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: November 10, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE