UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRACI RIBEIRO, on behalf of herself and all others similarly situated,

    Plaintiff(s),

 v.

SEDGWICK LLP,

    Defendant(s).

Case No: 3:16-CV-4507 WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3)

I, David W. Sanford, an active member in good standing of the bar of D.C. Court of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Traci Ribeiro, et al. in the above-entitled action. My local co-counsel in this case is Felicia Medina, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1666 Connecticut Ave NW, Suite 300<br>Washington, DC 20009 | 111 Sutter St., Suite 975<br>San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| 202-499-5201 | 415-795-2020 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| dsanford@sanfordheisler.com | fmedina@sanfordheisler.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 457933.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/10/16

/s/ David Sanford
APPLICANT

---

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of David W. Sanford is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 14, 2016.

UNITED STATES DISTRICT/MAGISTRATE JUDGE