UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACI RIBEIRO, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>SEDGWICK LLP,<br><br>　　　　　　　　Defendant(s). | Case No: 3:16-CV-4507 WHA<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

　　I, David W. Sanford, an active member in good standing of the bar of D.C. Court of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Traci Ribeiro, et al. in the above-entitled action. My local co-counsel in this case is Felicia Medina, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record:<br>1666 Connecticut Ave NW, Suite 300<br>Washington, DC 20009 | Local Co-Counsel's Address of Record:<br>111 Sutter St., Suite 975<br>San Francisco, CA 94104 |
|---|---|
| My Telephone # of Record:<br>202-499-5201 | Local Co-Counsel's Telephone # of Record:<br>415-795-2020 |
| My Email Address of Record:<br>dsanford@sanfordheisler.com | Local Co-Counsel's Email Address of Record:<br>fmedina@sanfordheisler.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 457933.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/10/16　　　　　　　　　　　　　　　　/s/ David Sanford
　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

　　IT IS HEREBY ORDERED THAT the application of David W. Sanford is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 14, 2016.　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE