SHARON R. VINICK, ESQ., (SBN 129914)
LEVY VINICK BURRELL HYAMS LLP
180 Grand Avenue, Suite 1300
Oakland, CA 94612
Tel.:   (510) 318-7700
Fax:   (510) 318-7701
E-Mail:  sharon@levyvinick.com

J. BRYAN WOOD (State Bar No. IL6270845)
THE WOOD LAW OFFICE, LLC
303 W. Madison St., Suite 2650
Chicago, Illinois 60606
Main:  (312) 554-8600
Fax:  (312) 577-0749
Admitted to Practice *Pro Hac Vice*
E-Mail:  bryan@bryanwoodlaw.com

Additional Attorneys Listed on Separate Page

ATTORNEYS FOR PLAINTIFF TRACI RIBEIRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRACI RIBEIRO, on behalf of herself and all others similarly situated,<br><br>PLAINTIFF,<br><br>v.<br><br>SEDGWICK LLP,<br><br>DEFENDANT. | Case No. 3:16-cv-04507-WHA<br><br>**[PROPOSED]** ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF<br><br>Date:            January 12, 2017<br>Time:           8:00 a.m.<br>Courtroom:   8, 19th Floor<br>Judge:          The Hon. William Alsup<br><br>Trial Date:     N/A<br>Action Filed:  07/26/16 |

---

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR
PLAINTIFF – Case No. 3:16-cv-04507-WHA

1  Additional Attorneys from Preceding Page:

2  David W. Sanford (*pro hac vice*)
   dsanford@sanfordheisler.com
3  Felicia Medina (SBN 255804)
4  fmedina@sanfordheisler.com
   Xinying Valerian (SBN 254890)
5  xvalerian@sanfordheisler.com
   Danielle Fuschetti (SBN 294064)
6  dfuschetti@sanfordheisler.com
7  SANFORD HEISLER, LLP
   111 Sutter Street, Suite 975
8  San Francisco, CA 94104
   Telephone: (415) 795-2020
9  Facsimile: (415) 795-2021

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR
PLAINTIFF – Case No. 3:16-cv-04507-WHA

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Levy Vinick Burrell Hyams LLP seeks to withdraw as counsel for Plaintiff in the above-captioned litigation pursuant to LOCAL R. 11-5(a) and CAL. R. PROF. CONDUCT 3-700(A)(1). As this Court finds that Levy Vinick Burrell Hyams LLP has submitted satisfactory reasoning for withdrawal, and that the granting of its Motion will not cause substantial prejudice or delay to any party,

IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel for Plaintiff filed by Levy Vinick Burrell Hyams LLP is GRANTED, and the firm is hereby terminated as counsel in this proceeding.

DATED: December 7, 2016.

By: _____
Hon. William Alsup
United States District Court