IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACI RIBEIRO, on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>SEDGWICK, LLP,<br><br>   Defendant. | No. C 16-04507 WHA<br><br>**ORDER MAINTAINING STAY AND SETTING DATE FOR FURTHER STATUS REPORT** |

An order stayed the case pending a decision regarding the arbitrability of this action by an arbitrator. The parties filed separate status reports each stating that the arbitrator determined that arbitration is proper and that they are meeting and conferring regarding scheduling. The stay will remain in place for now. The parties shall please file a *joint* status report by **APRIL 6 AT NOON**.

The order setting the schedule for the instant status report requested a joint status report, but defendant states that plaintiff "abruptly stopped negotiations regarding the joint report and submitted her own version" (Def.'s Rpt. at 1 n.1). The separate status reports were substantially identical. Both sides shall please cooperate.

**IT IS SO ORDERED.**

Dated: January 9, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE