IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRACI RIBEIRO, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

SEDGWICK, LLP,

    Defendant.

No. C 16-04507 WHA

**ORDER MAINTAINING STAY AND SETTING DATE FOR FURTHER STATUS REPORT**

An order stayed the case pending a decision regarding the arbitrability of this action by an arbitrator. The parties filed a joint status report indicating that they anticipated executing a full settlement of the action. The stay will remain in place for now. The parties shall please file a joint status report by **JULY 20 AT NOON**.

**IT IS SO ORDERED.**

Dated: May 10, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE